[Civil No. 437.]

R. T. ROOT, Defendant and Appellant, v. HARLEY FAY, Plaintiff and Appellee.

APPEAL from the District Court of the Fourth Judicial District in and for the County of Mohave. John J. Hawkins, Judge.

Herndon & Norris, for Appellant.

Stewart & Doe, and J. C. Campbell, for Appellee.

May 5, 1896. Judgment of January 18, 1896, modified so that said case be remanded for a new trial. See opinion, ante, p. 19.

---

[Civil No. 445.]

G. W. SEAVERNS and QUINCY A. SHAW, Appellants, v. MICHAEL WELCH, Appellee.

APPEAL from the District Court of the First Judicial District in and for the County of Cochise. J. D. Bethune, Judge.

William Herring, and Sarah I. Herring (of Counsel), for Appellants.

W. H. Stilwell, for Appellee.

January 18, 1896. Reversed.

May 5, 1896. Judgment of January 18, 1896, modified so that said case be remanded for a new trial.

---

[Civil No. 532.]

In the Matter of the Application of JAKE MARKS for a Writ of Mandamus, Petitioner, v. B. J. FRANKLIN et al., Respondents.

ORIGINAL APPLICATION for Writ of Mandamus.

W. H. Stilwell, for Petitioner.

Thomas D. Satterwhite, for Respondents.

May 5, 1896. Dismissed.